IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DUSTY RHOADES                                                                                    PLAINTIFF

v.                                    Civil No.   3:24-cv-03040-CDC

SHERIFF JOHN MONTGOMERY,                                                        DEFENDANTS
Baxter County, Arkansas; and LIEUTENANT
T. MAZE, Jail Coordinator, Baxter County
Detention Center

## ORDER

The Court, having heretofore entered an order allowing the Plaintiff to proceed *in forma pauperis* and directing the Clerk to file the complaint, hereby directs the United States Marshal to serve Sheriff John Montgomery and Lieutenant T. Maze with the Complaint (ECF No. 1). Defendants may be served at the Baxter County Sheriff's Office/Detention Center, 904 Hwy. 62 E., Mountain Home, AR 72653.

Defendants may be served by certified mail with a return receipt requested.

Defendants are to be served without prepayment of fees and costs or security therefor.

Defendants are ordered to answer within twenty-one (21) days from the date of service.

If a service recipient will not accept service for a named Defendant, the service recipient is **DIRECTED** to so advise the Court and provide the Court with each Defendant's last known address and phone number.  This information may be filed with the Clerk of the Court in response to this Order and may be filed under seal.

The Clerk is directed to prepare and issue summons and a USM 285 for each Defendant being served.

1

IT IS SO ORDERED this 24th day of September 2024.

*s/* *Christy Comstock*
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE