IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DUSTY RHOADES                                                                   PLAINTIFF

v.                                        Civil No. 3:24-cv-03040-CDC

SHERIFF JOHN MONTGOMERY, Baxter
County, Arkansas; and LIEUTENANT T.
MAZE, Jail Coordinator, Baxter County
Detention Center                                                              DEFENDANTS

## JUDGMENT

For the reasons stated in the Opinion and Order entered on this day, Plaintiff Dusty

Rhoades's Complaint (ECF No 1) is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED this 15th day of April 2026.

/s/ *Christy Comstock*

HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE